RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Robert J. Reboredo, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-mj-368-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE** |
| ROBERT J. REBOREDO, JR., | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for ROBERT J. REBOREDO, JR., that the sentencing hearing scheduled for Wednesday, March 18, 2015 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court; however, in no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      On September 24, 2014, Mr. Reboredo entered a plea of guilty to Court One of the Complaint, Operating a Motor Vehicle Under the Influence of Alcohol.  Pursuant to negotiations, the Court referred this matter for the preparation of a Pre-Sentence Report (PSR).  Since that date, there have been several unsuccessful attempts to set up an interview with Probation.  Undersigned counsel for the Defendant lost contact with Mr. Reboredo for a period of time and was unable to

///

1

contact him to set up the interview.  Mr. Reboredo moved and inadvertently forgot to update his address and his cell phone was inoperable for a period of time.

2.    Undersigned counsel for the Defendant now has updated contact information for the defendant, and Mr. Reboredo is scheduled to preform his Probation interview, Tuesday, January 27, 2015.  Based on the currently scheduled sentencing date, Probation's disclosure date of the PSR is Friday, January 30, 2015.  Due to the delay in setting up the interview, Probation has requested the sentencing be continued to allow them sufficient time to interview and compile a complete and accurate report.

3.    The defendant is not incarcerated and does not object to the continuance.

4    The parties agree to the continuance.

5.    This is the first request for a continuance of the sentencing hearing filed herein.

DATED this 23rd day of January, 2015.

RENE L. VALLADARES                                  DANIEL G. BOGDEN
Federal Public Defender                                United States Attorney

  /s/ Heidi A. Ojeda                                      /s/ Nadia Janjua Ahmed
By: _____              By: _____
HEIDI A. OJEDA,                                        NADIA JANJUA AHMED,
Assistant Federal Public Defender              Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                                    2:13-mj-368-CWH

                    Plaintiff,

vs.

ROBERT J. REBOREDO, JR.,

                    Defendant.

**<u>ORDER</u>**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, March 18, 2015, be vacated and continued to May 27, 2015 at 9:00 a.m.

DATED: January 27, 2015

_____

UNITED STATES MAGISTRATE JUDGE

3